IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FARUQ ROBINSON on behalf of IMANI BATISTA, a minor,<br><br>              Plaintiffs,<br><br>   v.<br><br>THE SCHOOL DISTRICT OF PHILADELPHIA, et al.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 13-6632 |

## ORDER

**AND NOW**, this 8th day of July 2014, upon consideration of the Complaint (Doc. No. 1), Defendants' Motion to Dismiss (Doc. No. 8), Plaintiffs' Response in Opposition (Doc. No. 12), Defendants' Reply in Further Support of the Motion (Doc. No. 13), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 8) is **GRANTED**.

2. The School District of Philadelphia, the School Reform Commission, Annette Gittleman, Lissa Johnson, and Leonita Carr Hawkins are dismissed as parties in this action.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.